■ In the Matter of James Frederic Pelczar, Petitioner, v Peter J. Kelly, Respondent. [15 NYS3d 695]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Peter J. Kelly, the Surrogate of Queens County, to dismiss a proceeding entitled *Estate of Pelczar*, pending in the Surrogate's Court, Queens County, under file No. 2014-2284.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter*

*of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Leventhal, J.P., Dickerson, Roman and Hinds-Radix, JJ., concur.